In the Matter of the Claim of IDA ADAMS and Others, for Compensation, etc., v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Employer, Appellant.— Motion granted.

MARY E. O'CONNOR, Respondent, v. THE CITY OF WATERVLIET, Appellant. — Judgment and order unanimously affirmed, with costs.

OLD HOMESTEAD WATER COMPANY, Respondent, v. G. HARRY TREYZ and WILLIAM H. TREYZ, Appellants.— Order unanimously affirmed, with leave to defendants to apply to vacate the orders of June tenth and seventeenth in the event of the plaintiff not prosecuting the condemnation proceeding with due diligence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD VALIANT and PAUL CARROLL, Appellants. — Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRED KINGSLEY, Respondent.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FITZGERALD, Appellant, Impleaded with Others.— Appeal dismissed on the authority of *People* v. *Zerillo* (200 N. Y. 443). All concurred, except Howard and Woodward, JJ., who dissented.

FREDERICK C. SCHULTZ, Respondent, v. DAVID T. VAN WORMER, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, P. J., and Lyon, J., who dissented.

ROBERT J. SMITH, as Administrator, etc., of MARGARET SMITH, Deceased, Appellant, Respondent, v. JAMES H. MATTHEWS, Appellant, and THE NATIONAL BANK OF WHITEHALL and THE GRANVILLE NATIONAL BANK, Respondents. — Judgments unanimously affirmed, with costs to the plaintiff against the defendant Matthews and to each of the other defendants against the plaintiff.

AMASA B. SPELMAN, Appellant, v. SARAH A. STAVES, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs, with the usual leave to plaintiff to withdraw demurrer and plead, upon payment of costs in this court and in the court below.

DENNIS F. SIMPSON, Appellant, v. JOSEPH F. ROE, Respondent.— Interlocutory judgment unanimously affirmed, with costs.

ELLA J. TRIPP, Respondent, v. FRANK HENNEMANN, Appellant.— Judgment and order unanimously affirmed, with costs.

MARIETA VAN PATTEN, a Minor, by JOHN G. L. VAN PATTEN, Her Guardian ad Litem, Respondent, v. TROY GAS COMPANY and MICHAEL P. CAVANAUGH, Appellants.—Judgment and order unanimously affirmed, with costs.

SIDNEY S. WHITTELSEY, Appellant, v. FRED BETTERS and GEORGE GIBBO, Respondents.— Judgment unanimously affirmed, with costs.